UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** A. Benjamin Goldgar      **Hearing Date** August 6, 2019

**Bankruptcy Case** No. 13 B 27604      **Adversary**

**Brief Statement of Motion**

Judith K. Begoun

Order striking ruling date

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The court having ruled on the pending motion for turnover, the ruling date of August 9, 2019, is stricken.

Dated: August 6, 2019

A. Benjamin Goldgar
United States Bankruptcy Judge